UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD ROSS,

    Plaintiff,  CASE NO. 24-CV-11766

-vs-  HON. ROBERT J. WHITE

CITY OF TROY;

PETER HULLINGER, Individually and in
his Official Capacity as the Troy Fire Department
Fire Chief;

MARK MILLER, Individually and in his Official
Capacity as the former Troy City Manager;

ROBERT BRUNER, Individually and in his Official
Capacity as the former Assistant City Manager and
Acting City Manager,

    Defendants.

---

| THE CORTESE LAW FIRM PLC | ROSATI SCHULTZ JOPPICH & |
|---|---|
| NANETTE L. CORTESE (P43049) | AMTSBUECHLER, PC |
| 30200 Telegraph Rd., Ste. 400 | CARLITO H. YOUNG (P61863) |
| Bingham Farms, MI 48025-4506 | MICHAEL T. BERGER (P77143) |
| (248) 593-6933 | Attorneys for Defendants |
| ncortese@thecorteselawfirm.com | 27555 Executive Drive, Suite 250 |
| | Farmington Hills, MI 48331 |
| | (248) 489-4100 / Fax: (248) 489-1726 |
| | cyoung@rsjalaw.com |
| | mberger@rsjalaw.com |

---

## **APPEARANCE**

To:    Clerk of the Court

The law firm of ROSATI, SCHULTZ, JOPPICH & AMTSBUECHLER, P.C., by CARLITO H. YOUNG, hereby enters its Appearance on behalf of Defendants, CITY OF TROY, PETER HULLINGER, MARK MILLER and ROBERT BRUNER, in the above-captioned matter.

    Respectfully submitted,

    ROSATI SCHULTZ JOPPICH & AMTSBUECHLER, P.C.

    */s/ Carlito H. Young*
    CARLITO H. YOUNG (P61863)
    Attorneys for Defendants
    27555 Executive Drive, Suite 250
    Farmington Hills, MI 48331
    (248) 489-4100
    cyoung@rsjalaw.com

DATED: August 27, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2024, the foregoing paper was electronically filed with the Clerk of the Court using the CM/ECF e-filing system which will send notification of such filing to all counsel of record.

    ROSATI SCHULTZ JOPPICH & AMTSBUECHLER, P.C.

    */s/ Carlito H. Young*
    CARLITO H. YOUNG (P61863)
    Attorneys for Defendants
    27555 Executive Drive, Suite 250
    Farmington Hills, MI 48331
    (248) 489-4100
    cyoung@rsjalaw.com