UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD ROSS,

    Plaintiff(s),

v.

CITY OF TROY et al.,

    Defendant(s).

Case No. 24-cv-11766

Honorable Robert J. White

## SCHEDULING ORDER

This civil case having come before the Court pursuant to Federal Rule of Civil Procedure 16 and the Parties having submitted a proposed discovery plan, the Court enters the following schedule to manage the progress of the case:

| EVENT / FILING[1] | DATE / TIMEFRAME |
|---|---|
| Amendment of pleadings | December 13, 2024 |
| Lay and expert witness lists filed | January 17, 2025 |
| Interim status conference (remote) | February 18, 2025 at 9:30 a.m. |
| Discovery completed by | May 16, 2025 |
| Expert discovery completed by | May 16, 2025 |
| Dispositive motions filed by | July 18, 2025 |
| Challenges to experts | July 18, 2025 |
| Motions *in limine* | September 22, 2025 |

---

[1] For any events not listed here, please refer to Federal Rule of Civil Procedure 26.

| | |
|---|---|
| Joint proposed final pretrial order (and pretrial submissions) (*see* Case Management Requirements § VI) | October 20, 2025 |
| Final Pretrial Conference | November 5, 2025 at 3:00 p.m. |
| Jury trial | November 18, 2025 at 9:00 a.m. |
| Estimated length of trial | 5 Days |

As this case progresses, the Parties should continually review the Court's Case Management Requirements.

Dated: October 1, 2024

s/Robert J. White
Robert J. White
United States District Judge