## **INDEX OF EXHIBITS**

Exhibit 1 -   Defendants' Initial Disclosures and First Discovery Requests

Exhibit 2 -   Email Thread re Request for Extension to Answer Discovery