UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Edward Ross,

                      Plaintiff(s),

v.                                             Case No. 2:24−cv−11766−RJW−EAS
                                                    Hon. Robert J. White

Troy, City of, et al.,

                      Defendant(s),

**NOTICE TO APPEAR REMOTELY**

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Robert J. White as follows:

- STATUS CONFERENCE:  April 24, 2025 at 11:30 AM

The Court will host the hearing. Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys. Be advised that this is an attorneys−only proceeding. Connection information and instructions may not be forwarded, distributed or shared with non−participants without the Court's advance approval.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/Tara L Villereal
                                                           Case Manager

Dated:  April 16, 2025