UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| EDWARD ROSS,<br><br>　　　Plaintiffs,<br><br>v.<br><br>CITY OF TROY, et al.,<br><br>　　　Defendants. | Case No. 24-cv-11766<br><br>Honorable Robert J. White |

### STIPULATION TO EXTEND DISCOVERY AND DISPOSITIVE MOTION FILING DEADLINES

The parties, by and through their respective counsel, hereby agree and stipulate to extend the discovery and dispositive motion filing deadline as follows:

Discovery Cutoff　　　　　　　　December 31, 2025
Dispositive Motion Cutoff　　　　January 31, 2026


*/s/ Nanette L. Cortese*　　　　　　　*/s/ Michael T. Berger*
Attorney for Plaintiff　　　　　　　　Attorney for Defendant

Dated:  October 23, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| EDWARD ROSS,<br><br>    Plaintiff(s),<br><br>v.<br><br>CITY OF TROY, et al.,<br><br>    Defendant(s). | Case No. 24-cv-11766<br><br>Honorable Robert J. White |

## ORDER TO EXTEND DISCOVERY AND DISPOSITIVE MOTION FILING DEADLINES

This matter having come before the court on the stipulation of the parties to extend discovery and dispositive motion filing deadlines, and the Court being advised in the premises;

IT IS HEREBY ORDERED that the deadlines are extended as follows:

| | |
|---|---|
| Discovery Cutoff | December 31, 2025 |
| Dispositive Motion Cutoff | January 31, 2026 |

SO ORDERED.

Dated: October 24, 2025

s/Robert J. White
Robert J. White
United States District Judge