# EXHIBIT 1

Edward Patrick Ross

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD ROSS,                                    Case No.
                                                24-CV-11766
        Plaintiff,

                                                Honorable
        vs.                                     Robert J. White

CITY OF TROY; PETER HULLINGER,
Individually and in his Official
Capacity as the Troy Fire Department
Fire Chief; MARK MILLER, Individually
and in his Official Capacity as the
former Troy City Manager; ROBERT BRUNER,
Individually and in his Official Capacity
as the former Assistant City Manager and
Acting City Manager,

        Defendants.
_____/

        The Deposition of EDWARD PATRICK ROSS, the
Plaintiff herein, taken pursuant to Notice of Taking
Deposition before Sharon Julian, CSR-3915, Registered
Professional Reporter and Notary Public in the County of
Wayne, acting in Oakland County, State of Michigan, at
30200 Telegraph Road, Bingham Farms, Michigan, on Friday,
February 7, 2025, commencing at about 9:58 a.m.


**APPEARANCES:**

        NANETTE L. CORTESE, ESQ.  P43049
        The Cortese Law Firm, PLC
        30200 Telegraph Road, Suite 400
        Bingham Farms, Michigan  48025-4506
        248-593-6933
        ncortese@thecorteselawfirm.com

        For Plaintiff.


(Appearances continued on page 2.)

Edward Patrick Ross

```
                                                        Page 2
  1    APPEARANCES (Continued):

  2         MICHAEL T. BERGER, ESQ.   P77143
            Rosati Schultz Joppich & Amtsbuechler, PC
  3         27555 Executive Drive, Suite 250
            Farmington Hills, Michigan  48331
  4         248-489-4100
            mberger@rsalaw.com
  5
            For Defendants.
  6

  7                               - - -

  8

  9

 10

 11

 12

 13

 14

 15

 16

 17

 18

 19

 20

 21

 22

 23

 24

 25
```

## Edward Patrick Ross

Page 6

```
 1        ask what's the size of that?  And you're like:  Oh, it's
 2        the size of this table that's in here.  No one has any
 3        idea what that means when we go back and read the
 4        transcript because no one was in the room.  Fair?
 5    A   That's right.
 6    Q   Okay.  All right.
 7            If at any point you need a break, please let me
 8        know.  I'm happy to give you as many breaks as you need.
 9        The only thing I would ask is before you take a break you
10        answer the question that's pending.  Fair?
11    A   Yes.
12    Q   All right.  Any questions of me before we jump into
13        things?
14    A   No.
15    Q   All right.  What is your date of birth?
16    A   September 14, 1978.
17    Q   And where do you currently live?
18    A   In Troy, Michigan.
19    Q   What's the address?
20    A              .  And the ZIP Code is 48085.
21    Q   Is that the only residence you've had in the City of
22        Troy?
23    A   When I first -- so I met my wife, she had a house in
24        Troy.  I was in Afghanistan, so I was only home for a few
25        weeks out of the year, so I don't know if you want that
```

Edward Patrick Ross

Page 9

```
 1        in Business Administration.
 2   Q    What's your current occupation?
 3   A    Software engineer.
 4   Q    And is that with GM?
 5   A    No.
 6   Q    Where is it at now?
 7   A    At a company called Micro Merchant Systems.
 8   Q    Are you currently a firefighter?
 9   A    So the state certification for firefighters doesn't
10        expire, so I have the certification.  That's just like if
11        you're a teacher and you get fired, you're still a
12        teacher.
13             So I don't currently work as a firefighter.  Or
14        volunteer as a firefighter anywhere.
15   Q    That's a very good distinction.
16             When did you become certified to be a
17        firefighter?
18   A    It would have been the summer of 2026.
19   Q    And what did you have to do to get that certification?
20   A    There's a Fire Academy that you have to attend that went
21        from January of 2020 until June.  At the end of that,
22        there's a written test, there's a practical, and then
23        that's when you get certification.  Yeah.
24   Q    Is there a reason you haven't tried to continue to be a
25        firefighter at, maybe, a different entity than Troy?
```

Edward Patrick Ross

Page 10

```
 1    A    Yes.

 2    Q    What is that reason?

 3    A    There are no nearby cities that have a volunteer fire

 4         department.

 5    Q    How far away would you be willing to go to be a volunteer

 6         firefighter?

 7    A    Well, I wouldn't move, so there wouldn't --

 8    Q    Well, yeah.  And --

 9    A    So, I'm sorry.

10    Q    I was going to say from your current residence, how far

11         away?  Like a radius?

12    A    So most -- so our city -- Troy had a rule that you had to

13         live within three miles of a fire station.  So I don't

14         know.  I don't think there's a fire station within three

15         miles of me that's not in Troy.

16    Q    Gotcha.  So at some point you were a firefighter for the

17         City of Troy?

18    A    Yes.

19    Q    Why did you decide to do that?

20    A    So I was, you know, I drove by the fire station every day

21         on the way home from work, and I knew that we had a

22         volunteer fire department.  Thought of it, like, what

23         would it entail, things like that.

24              And, then, I was at a New Years Eve party and

25         there was someone there who knew someone on the Troy Fire
```

Edward Patrick Ross

Page 11

1    Department, and so he put me in touch.  We talked.  It

2    sounded interesting.

3            I wanted to do something to give back to the

4    community.  I wanted something more active.  Missed the

5    camaraderie when I was in Afghanistan.  And it just

6    seemed like a really cool thing to do.

7    Q   What did you have to do to join the fire department?

8        City of Troy's fire department?

9    A   So at that time, the first thing -- I don't remember the

10       exact order, but it consisted of an interview at the

11       station with their standing committee.  And, then, I --

12       then there was an interview with the fire chief. I don't

13       remember the order.  It could have gone either way.

14           And, then, there was a physical exam at

15       Concentra.  And, then, there was a physical agility test.

16           And, so, if you passed all of that, they would

17       bring you on as a probationary member.  And that extended

18       through the end of the Fire Academy.

19           And, then, six months after that is when, per

20       policy, they could bring you on as a active firefighter.

21       Like, off of probation.

22   Q   Did you have to fill out an application to become a

23       firefighter?

24   A   Yes.

25   Q   And did you attend the Fire Academy while you were

Edward Patrick Ross

Page 12

1    applying, or did it happen while you were on probation?

2  A  So I applied sometime in the first quarter of 2019.  They

3    brought me on as a probationary member sometime in March

4    that year.  At that point, I was probationary

5    firefighter.  The Fire Academy doesn't start until

6    January, so I was on as a probationary member until the

7    academy started in January of 2020.

8  Q  Going back to the Fire Academy and the certification.

9  A  Um-hmm.

10  Q  Did you have any problems getting the certification?

11     For example, did you fail the written test the

12    first time?

13  A  No.  Passed the written test the first time.  Everyone in

14    our class, actually, passed the practical.

15     Part of the academy was during COVID, so we

16    weren't even in person.  So they were kind of impressed

17    that nobody failed since we didn't have as much activity.

18  Q  When you started at the City of Troy Fire Department, did

19    you have any understanding of any compensation you would

20    receive?  And if so, what was your understanding?

21  A  So I had no understanding that there was any financial

22    incentive at all at first.

23  Q  When did you learn about any financial incentive, if

24    there was any?

25  A  It would have been later in 2020 where I would hear

Edward Patrick Ross

Page 13

1   rumblings, you know, people would talk about it, but it
2   didn't really click.
3          So, maybe, a year or so after is when I started
4   to understand, okay, there is this pension plan.
5   Q   Did you ever try to learn about that pension plan after
6       you heard those rumblings?
7   A   Yeah.  Tried to figure out exactly what that entailed.
8   Q   So two questions.
9          When did you try to start to learn about it and
10      what did you learn about it?
11  A   When?  I don't know.  I mean, I -- 2020, 2021, something
12      like that.
13         There was -- I mean, it was kind of complicated
14      at first to understand, so it was mostly just asking
15      questions like:  How does this work?
16         You know, learned that there was a vesting
17      period.  So you didn't get money, you know, you didn't
18      qualify until you were ten years on.
19         And trying to figure out what is the monthly
20      benefit; how does that work; that kind of thing.  But
21      those were, like, verbal-type questions.
22  Q   What was your understanding of the vesting period?
23  A   So, you don't vest until your ten-year anniversary.
24      There's things that can extend that if you don't meet
25      certain requirements.

## Edward Patrick Ross

Page 20

1          that the incentive plan might be changing?

2     A    The time frame between?

3     Q    The probationary period to the time you go out on medical

4          leave?

5     A    Yeah.  Because in January of 2023 is when the city

6          announced that that plan was going to go away.

7     Q    Prior to January 2023, did you hear any rumblings, hear

8          any rumors about, maybe, the current incentive plan going

9          away?

10    A    I recall that there was some talk of, you know, people,

11         you know, after a run, something like that.  Somebody

12         would always say, you know:  They can take this away

13         whenever they want, so --

14    Q    I guess, just kind of speculation --

15    A    Yes.

16    Q    -- but not any hard, concrete, like, rumors?

17    A    Correct.

18    Q    Okay.  So the first time you really have any concrete

19         evidence that the incentive plan is going to change is

20         January 2023?

21    A    Correct.

22    Q    How'd you find out?

23    A    The city sent an e-mail.  Yeah, the city sent an e-mail

24         and then the phones just, you know, everybody just

25         started calling, and everybody started talking, and --

Edward Patrick Ross

Page 21

1  Q  What do you mean?  Like, everybody started -- the
2     firefighters started talking amongst themselves, or the
3     firefighters were contacting the city?  Do you mean both?
4     What do you mean?
5  A  So, I remember it being unclear as to what exactly was
6     happening.  What exactly was going to go away.
7             They had mentioned that the IRS gave them 90
8     days to shut the plan down.  They were coming up with a
9     new plan.
10            I don't remember if the new draft plan was in
11    the original e-mail or not, but --
12 Q  So I want to know, you in particular, what do you do in
13    response to that news?
14 A  So, I start talking with a few different firefighters on
15    a regular basis.  Figured out that we need some way of
16    communicating that's not on city e-mail.
17            I created a Slack channel.  Invited everybody
18    to that where we started trying to craft, you know,
19    strategy of, you know, can we change, you know, this new
20    plan.  We need to change that.
21            Start to try to figure out what our response is
22    going to be.  Are people going to quit?  Are people going
23    to stick around?  Things like that.
24 Q  So for those that don't know, what is a "Slack channel"?
25 A  So Slack is online -- well, software app.  It's got an

Edward Patrick Ross

Page 22

```
1    app for your iPhone and Android.  It's kind of like Skype
2    or a group Skype.  You can create -- yeah, you can create
3    different chat rooms.  You can private message people.
4              So you could, like, for example, I set up a
5    Station 5 channel where only Station 5 people could see
6    it.  And I set one up for Station 6 for only Station 6
7    people.
8              And, then, like, general.  There's a general
9    channel.  I don't remember what else.
10   Q   And I got to say, bringing up Skype is a blast from the
11       past.  Sorry.
12   A   I was going to say AOL Messenger.
13   Q   That's another one.
14   A   So sorry, I had to say that.
15   Q   No, you're fine.
16             So you're the one that sets up all these Slack
17       channels?
18   A   Yes.
19   Q   And are you including anyone from city administration on
20       the Slack channels?
21   A   No.  Although -- so to expand on that.
22             Most of the city's full-time paid department
23       people were also assigned as volunteers to the stations.
24       So I believe that we kept them out of that, as well.
25   Q   Give me some examples.  Who and what were their jobs in
```

Edward Patrick Ross

Page 32

```
 1   A    Um-hmm.

 2   Q    That's a "Yes"?

 3   A    Sorry.  Yes.

 4   Q    That's okay.  You're doing great.

 5   A    I'm trying my best.

 6   Q    No.  It's tough.

 7             Why?

 8   A    Am I trying my best?

 9   Q    Good question.  Smart aleck.

10             No.  Why did you decide to run for City
11        Council?

12   A    So I felt that none of the people on the City Council
13        were listening to the fire department or the
14        firefighters.  Some of them were openly hostile to us.
15        They absurdly claimed that they were also volunteers, so
16        they understood.
17             And it wasn't that they voted the plan -- for
18        this new plan.  It was the fact that they didn't listen
19        to us or engage us.
20             So, for example, we begged them to visit the
21        stations and meet with us.  We begged them to come talk
22        to us.
23             And so at some point we -- talking inside,
24        someone should run for City Council.  And, then, you
25        know, people were looking at me.  I'm, like, great.
```

Edward Patrick Ross

Page 33

1    Okay.  I'll do this.  Let's do this.  If we're going to

2    get this changed, then we got to get a first responder on

3    the City Council.

4  Q  Do you remember, approximately, when you filed an

5    application to run for City Council?

6  A  Yeah.  It would have been -- well, the deadline was end

7    of July that year. I believe I submitted it a week

8    before.  So it would have been around, like, July 17th,

9    18th, something like that.

10 Q  Now, at this time, did you know -- did you know Mark

11   Miller?

12 A  I never met him.  You know, I only heard about him or saw

13   him, you know, like in newspaper type, things like that,

14   but never interacted with him.

15 Q  Same question.  At this time, did you know Bob Bruner?

16 A  No.

17 Q  Same question.  Did you know Pete Hullinger?

18           Not of him.  Did you know him?  Have a

19   relationship with him?

20 A  So my interactions with Pete Hullinger were not that

21   many.  There was one time during the Fire Academy, that

22   would have been in 2020, where he came to the training

23   center and pulled all the Troy firefighters out and

24   yelled at us for a while.  That was my first interaction.

25   He wasn't the chief back then.

Edward Patrick Ross

```
                                                      Page 34
 1                    And I never -- I don't believe I've ever met
 2          him in person or talked to him until the week that I
 3          filed -- the day that I filed the application at city
 4          hall.
 5    Q     So prior to filing the application to run for City
 6          Council, you had no conversations with Mark, Bob, or Pete
 7          about running for City Council?
 8    A     That is correct.
 9    Q     Okay.  Did you have any conversations with anyone in city
10          administration about running for City Council prior to
11          applying?
12    A     Yeah.  Well, Eileen Dixon was the city clerk.  She's the
13          one who handles all that, so I had to ask for an
14          application, you know, and how does this work?  How does
15          that work?  But I didn't talk to anybody else in the
16          city, I don't think.
17                    Maybe there's another woman, Beth
18          Zaccerdelli(ph).  Don't ask me how to spell that.  I may
19          have had an interaction with her about forms and things
20          like that.
21    Q     Who's Beth?
22    A     She works in the clerk's office.  I'm not real -- exactly
23          sure what her title or position is.
24    Q     Prior to running for City Council, did you have any
25          conversations with your station chief, your lieutenant,
```

Edward Patrick Ross

Page 39

```
 1        here, so I don't want to know about the conversations --
 2    A   Sure.
 3    Q   -- but you can at least inform me that you had
 4        conversations.
 5    A   Yeah, I had conversations with Miss Cortese.  Yeah.
 6    Q   Did you write anything in response to Pete Hullinger's
 7        correspondence?
 8    A   No, I did not.
 9    Q   Did you have a conversation with him on the phone, in
10        person, whatever, in response to this?
11    A   No.
12              MS.  CORTESE:  And I'll state for the record,
13        Michael, I did forward to you last night, I don't know if
14        you've had it previously, the letter that I drafted and
15        e-mailed to Mr. Hullinger, looks like on August 15th,
16        2023.
17              MR. BERGER:  Yep, I saw that. Thank you.
18              MS.  CORTESE:  Yeah.
19    BY MR. BERGER:
20    Q   And you don't resign in response to this letter?
21    A   That is correct.
22    Q   And my understanding is because you're on leave, you're
23        not terminated or kicked off the force at that point?
24    A   Why they chose not to fire me, I don't know.
25              When my lawyer sent the response to them, I
```

## Edward Patrick Ross

Page 40

```
 1        believe it contained something about, hey, he's on
 2        medical leave, you know, something to that effect.  And
 3        we got no response from the city at all. I just never got
 4        fired.
 5   Q    All right.
 6                MR. BERGER:  Let's do it this way.  So we'll do
 7        Exhibit Number 2.
 8                (Exhibit 2 was marked for identification.)
 9   A    (Witness reviewing document.)
10                MR. BERGER:  For the record, I think the date
11        is wrong on that because the --
12                MS.  CORTESE:  Yes.  That would be -- yep, yep,
13        yep.
14                MR. BERGER:  -- the version I had was actually
15        a Word version.
16                MS.  CORTESE:  Yep.  And it automatically
17        updates.
18                MR. BERGER:  Yeah.  But we know it's sometime
19        in August of 2023 is when this letter is actually sent.
20                MS.  CORTESE:  It should be August 15th, 2023.
21   BY MR. BERGER:
22   Q    So we've been talking about a letter that Miss Cortese
23        sent to the city.  And I just handed you what is going to
24        be marked as Exhibit 2.
25                Have you ever seen this document before?
```

# Edward Patrick Ross

```
                                                    Page  41
 1   A    Yes.
 2   Q    Okay.  When have you seen this document before?
 3   A    I believe I saw it before it got sent.  And, I believe, I
 4        got -- I don't know if I was carbon copied on it, blind
 5        carbon copied on it, or I got forwarded it after the
 6        fact.
 7   Q    So this is the letter that, other than the date, that you
 8        were referring to at the time -- or just a few minutes
 9        ago that was sent to the city?
10   A    Correct.
11   Q    All right.  So during your campaign you created a
12        website?
13   A    Um-hmm.  I'm sorry.  Yes.
14   Q    Good catch.
15             And what other things did you do to market your
16        campaign other than the website?
17   A    There was a Facebook page.  That's it, that I can think
18        of.
19   Q    Pamphlets?  Handouts?
20   A    Oh, sorry.  Yes.  Yard signs.  Door hangers.  I'm trying
21        to think what else.
22             I can't remember. I think that would be
23        about --
24   Q    And in those marketing tools --
25   A    Oh, sorry.
```

### Edward Patrick Ross

```
                                                        Page 49
 1    BY MR. BERGER:
 2    Q    At some point after you file your application, you
 3         received this letter, which I have marked as Exhibit 5;
 4         correct?
 5    A    Yes.
 6    Q    Do you receive this letter before or after you have a
 7         sit-down conversation about getting terminated from the
 8         fire department?
 9    A    You mean conversation with Pete Hullinger, or --
10    Q    Correct.
11    A    No.  I was handed this at the meeting where I got fired.
12    Q    Now, I'm going to play for you what is listed as
13         "recording underscore 21."  So if you could, listen to
14         the entire thing and then we'll talk about it.
15    A    Sure.
16                   (Listening to audio file.)
17              MS.  CORTESE:  I'll say, I'm having a really
18         hard time hearing it.
19              MR. BERGER:  I am too.
20              THE WITNESS:  They're just chitchatting.
21              MR. BERGER:  Yeah.  It starts --
22                   (Listening to audio file.)
23    BY MR. BERGER:
24    Q    All right.  So do you recognize that recording?
25    A    Yes.
```

Edward Patrick Ross

Page 50

```
1    Q    And I think the recording is self-explanatory from what
2         it says, but just for fun sake, what is that a recording
3         of?
4    A    That is a recording of a meeting between Pete Hullinger,
5         Phil Thor, and myself.  And that person that fired me
6         was, obviously, Pete Hullinger.
7    Q    And I don't think we've established in this deposition
8         who Phil Thor is.  Who is that?
9    A    Oh, Phil Thor is the chief of Station 5.  Well, used to
10        be assistant chief, now they're district chiefs, so he's
11        the -- yeah, chief of 5.
12   Q    And there are only the three of you in the room when that
13        happened?
14   A    Yes.
15   Q    So Mark Miller is not there --
16   A    No.
17   Q    -- correct?
18   A    Sorry.  He is -- Mark Miller is not there.
19   Q    Okay.  And Bob Bruner is not there?
20   A    Bob Bruner is not there.
21   Q    Okay.  Do you remember, approximately --
22             MR. BERGER:  Well, strike it.  Let's put it
23        this way.
24   BY MR. BERGER:
25   Q    The Exhibit 5 has the date May 1, 2024.  Is that the,
```

Edward Patrick Ross

Page 55

```
 1   A    The last line in the letter says:
 2                   "This termination will preclude
 3              you from future consideration of
 4              employment by the Troy Fire Department."
 5   Q    Then at some point you file a lawsuit against the city,
 6        Pete Hullinger, and Mark Miller, and Bob Bruner; correct?
 7   A    Yes.
 8   Q    And you understand that you are claiming that your First
 9        Amendment rights of free speech were violated?
10   A    Yes.
11   Q    What free speech are you claiming was protected?
12             MS.  CORTESE:  And I will state on the record,
13        I'll object to the extent that it calls for a legal
14        conclusion on the part of Mr. Ross.
15             I'll further state for the record that our
16        Complaint speaks for itself.
17             I'll state an objection on the record as to
18        attorney work product doctrine.
19             But subject to those objections, I'll let
20        Mr. Ross go ahead and answer the question.
21   A    Sorry, but can you repeat it now?
22   BY MR. BERGER:
23   Q    Yeah.  So, I want to know your understanding --
24   A    Okay.
25   Q    -- of what protected speech you're claiming was violated?
```

Edward Patrick Ross

Page 56

```
 1                MS.  CORTESE:  The same objection.

 2                MR. BERGER:  Yes, same objection's there.

 3     A    Okay.  I'm going to ask you to repeat it because I don't

 4          want to hear that again.

 5                MR. BERGER:  I stipulate that she made the

 6          objections.

 7     A    It's just -- I mean, quite clear.  I mean, you have a

 8          First Amendment right to do things.

 9                People have jobs all the time and run for

10          office.  The Florida governor ran for president while he

11          was the governor of Florida.

12                We have people who work for companies that run

13          for office all the time.  So this really shouldn't be any

14          different.

15     BY MR. BERGER:

16     Q    So if I'm understanding you correctly, you're claiming

17          that it's your ability to run for office is the free

18          speech that was violated?

19                MS.  CORTESE:  Same objection.

20     A    Yeah.  I mean, I don't know.  I'm not a lawyer.  I don't

21          know.  There's probably -- yeah, I don't know how to

22          answer that, to be honest.

23     BY MR. BERGER:

24     Q    Okay.  So let's try it this way then.

25                What do you think Pete Hullinger did to violate
```

Edward Patrick Ross

Page 57

1       your rights?

2                   **MS. CORTESE:** Objection. Form.

3                   Go ahead and answer, if you can.

4    A   Well, he fired me for doing so.  He had other options

5        that he could have taken, but he chose not to.

6  BY MR. BERGER:

7    Q   What do you think Mark Miller did to violate your First

8        Amendment rights?

9    A   So sometime between the first election and running for

10       office the second time, the city drafted a new policy

11       related to elections.

12               Mark Miller was the one who was in charge of

13       that, to my understanding, and so he changed the city

14       policy, not the fire department policy.

15               And that allowed Pete to then change the fire

16       policy using the excuse of:  Well, we have to update the

17       policy because the city changed their policy.

18   Q   Anything else besides changing the policy?

19   A   "Anything else"?

20   Q   That you think that he did that violated your First

21       Amendment rights?

22   A   That's all I can think of.

23   Q   Okay.  For Bob Bruner, what do you think he did to

24       violate your First Amendment rights?

25   A   So at that -- so someone in this process towards the

Edward Patrick Ross

Page 58

1    end -- Mark Miller retires.  Bob Bruner is now the acting

2    city manager.  And I'm not sure of the timeline.

3               At some point, they offered him the job of city

4    manager.  And so he could have modified or revoked that

5    policy, or implemented it in a different way.

6               **MS.  CORTESE:**  And are we at a good stopping

7    point right now, Michael, just to take a quick break?

8               **MR. BERGER:**  Yeah, we can take a break.

9                    (Recess 11:24 a.m.)

10                        - - -

11                   (Resumed at 11:39 a.m.)

12   **BY MR. BERGER:**

13   Q    Mr. Ross, I don't think I'm going to use this as an

14        exhibit, but do you recall answering Defendant's First

15        Discovery Request to Plaintiff, a document that looks

16        like this?

17   A    Yeah, the --

18   Q    Yeah, where I sent all the answers in?

19   A    Yeah.

20   Q    All right.  So on page 46, you have a statement here that

21        yourself, Edward Ross, would have knowledge regarding

22        statements made by members of the fire department that

23        Chief Peter Hullinger was angry at him for statements

24        that he had regarding the new retirement plan and

25        statements that he made generally critical of the fire