# EXHIBIT 21

**Aileen Dickson**
**12/16/2025**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD ROSS,

    Plaintiff,

                       Case No. 24-CV-11766
                       Hon. ROBERT J. WHITE

vs.

CITY OF TROY;

PETER HULLINGER, Individually and in
his Official Capacity as the Troy Fire Department
Fire Chief;

MARK MILLER, Individually and in his Official
Capacity as the former Troy City Manager;

ROBERT BRUNER, Individually and in his Official
Capacity as the former Assistant City Manager and
Acting City Manager,

    Defendants.
_____/

Page 1 of 39

DEPOSITION DUCES TECUM OF AILEEN DICKSON

Taken by counsel for the Plaintiff, at the law offices of

Rosati Schultz Joppich & Amtsbuechler, PC, located at

27555 Executive Drive, Suite 250, Farmington Hills,

Michigan 48331, on Tuesday, December 16th, 2025,

commencing at 1:00 p.m., before Megan M. Harder, CER-

15895.



1      regarding Edward Ross's candidacy.  Go ahead and take a

2      look at those emails and let me know when you're done

3      reviewing.

**4    A    Okay.**

5    Q    Okay.  And I noticed that there is an email on the

6          defendant's page 232 from Peter Hullinger, the Fire Chief

7          for the City of Troy, to Phil Thor and Shawn Hugg, saying,

8          Phil, I have spoken with city management and legal on Ed

9          because Ed is on a personal medical leave from the

10         department, etcetera.  Do you recall having any

11         conversations with Chief Hullinger, in 2023, regarding

12         Edward Ross's candidacy?

**13   A    No.**

14   Q    Okay.  Did you have any involvement in drafting the email

15         from Chief Hullinger to Thor and Hugg regarding Ed Ross's

16         candidacy?

**17   A    No.**

18   Q    Okay.  Let's get this marked as an exhibit.

19               (EX-3, marked for identification)

20   Q    Go ahead and take a look at that and let me know when

21         you're done reviewing.

**22   A    Okay.**

23   Q    Okay.  This administrative memo, I note that it has a date

24         of March 27, 2024, for the effective date.  Do you see

25         that?



```
 1  A    Yes.

 2  Q    And the subject is regulation of political activity, city

 3       personnel, and resources.  Did you have any involvement in

 4       the drafting of this administrative memo?

 5  A    Yes.

 6  Q    Okay.  What was your involvement in drafting the

 7       administrative memo?

 8  A    I researched it and wrote it.

 9  Q    All right.  When you say you researched it, what did you

10       research?  What did you look to in researching the memo?

11  A    I reviewed the documents on the back page and looked for

12       information in those documents that pertained to political

13       activity or resources for employees or personnel or city.

14       And not on this list would also be the fire department

15       policy and the police department policy.

16  Q    Okay.  Did you, as part of this research, review the

17       political activities by Public Employees Act, the Public

18       Act 169 of 1976 as referenced on defendant's page 126?

19  A    Yes.

20  Q    Okay.  Did you formulate an opinion, in preparing this

21       administrative memorandum, as to whether or not the city

22       of Troy's policy on employees running for political

23       council -- or, strike that.  Political office, as to

24       whether or not that policy potentially violated the

25       political activities by Public Employees Act?
```



1      Decision, this summer, regarding Edward Ross being

2      terminated from the Troy Fire Department?

3  A   Could you just rephrase that again?

4  Q   Sure.  Are you aware that at some point in time, an

5      administrative law judge ordered Edward Ross to be

6      reinstated to the City of Troy Fire Department?

7  A   Yes, I heard that.

8  Q   Okay.  Are you aware, if you know, if you know, do you

9      know if that administrative law judge found that the

10     actions by the Troy Fire Department, in terminating Edward

11     Ross, violated the Political Activities Act?

12 A   I didn't know that.

13 Q   I'm going to ask you a question.  I don't want to know the

14     substance of any conversation you had, but did you have,

15     did you at least talk with or have conversations with Lori

16     Bluhm, the city attorney for the city of Troy, about this

17     update to the administrative memorandum?

18            MR. BERGER:  She can know whether you did or did

19     not.

20 A   I did not.

21 Q   Let me ask you this by way of background, Ms. Dickson.

22     What are your job duties as -- what's your job title with

23     the city of Troy?

24 A   City Clerk.

25 Q   Okay.  What are your job duties as the City Clerk for the


HANSON RENAISSANCE  hansonreporting.com
COURT REPORTERS & VIDEO  313.567.8100

1         city of Troy?

2    A    I administer elections.  I'm the FOIA coordinator.  I

3         handle the birth and death records for the city.  I'm the

4         record keeper overall, generally, for the city.  I prepare

5         the agendas and the minutes for city council.  We do

6         business licenses.  We provide notary services.  And, you

7         know, I think that's pretty much it, the mail room, I

8         mean, just office stuff.

9    Q    Okay.  What's your educational background?

10   A    I have a bachelor's degree in political science.  I am a

11        Master Municipal Clerk with the International Institute of

12        Municipal Clerks.  I have a level three Michigan

13        professional municipal clerk with the state of Michigan.

14        And random other, you know, training classes.

15   Q    Okay.  And how long have you been the City Clerk for the

16        city of Troy?

17   A    Since 2011.

18   Q    Other than this administrative memorandum that we're

19        looking at, and can you direct me or let me know, Ms.

20        Dickson, what parts of this administrative memorandum,

21        what part or parts of this administrative memorandum did

22        you draft?

23             MR. BERGER:  To make sure that the question

24        looks right on the transcript, can you ask that second

25        question that you were going to do, again?  The what



```
 1      parts, because you started off with something else.

 2  Q   Okay.  Sure.  What part or parts of the administrative

 3      memorandum of March 27, 2024, did you draft?

 4  A   Can I ask for clarification?

 5  Q   Sure.

 6  A   On the word draft, do you mean, physically write it or do

 7      you mean, you know, compose it?

 8  Q   Either one.  I'll take both.

 9  A   Okay.  So physically, this was originally an old

10      memorandum, which you can see the original date of issue

11      was 1976, and then it had been revised in 2009.  So, I

12      took the memo that had existed and kind of reworked it,

13      expanded it, edited it.  And then, for composing, the only

14      part that I actually composed that didn't exist somewhere

15      else had to do with campaigning outside of city buildings.

16  Q   And can you remember what you did in terms of editing the

17      administrative memorandum, as opposed to the new language

18      that you said was added about campaigning outside city

19      buildings?

20  A   Without seeing the old version, I wouldn't be able to

21      answer that clearly.

22  Q   Okay.  Let me ask you this.  I note on the administrative

23      memorandum, defendant's page 123, there is a bullet point

24      that says this policy applies to all personnel during

25      active status, inactive status, and "on leave" status for
```



 1      whatever reason.  And under the first bullet point, it

 2      says personnel is defined as any individual who is

 3      employed by, contracted to, or serves as a volunteer for

 4      the city of Troy.  Do you see the first bullet point where

 5      personnel is defined as including a volunteer?  Do you see

 6      that?

 7    **A**    **Yes.**

 8    Q    Do you recall, was it previously part of Troy policy, was

 9         it previously part of the regulation of political activity

10         that that regulation included volunteers?

11    **A**    **I don't remember if it was.**

12    Q    Do you recall if the policy previously applied to all

13         personnel, including personnel who were on leave?

14    **A**    **I don't remember if it had that in there.**

15    Q    What caused you to edit and update the administrative

16         memorandum?

17    **A**    **So this would have been at the beginning of 2024, which**

18         **was a presidential election year.  The year 2020, which**

19         **had been the previous presidential election year, had been**

20         **pretty contentious, and we'd had a lot of issues with, you**

21         **know, people were just on kind of, like, very emotional**

22         **about it.  And going into another presidential election**

23         **year, I was trying to put in place a document or help put**

24         **in place a document that would answer a lot of questions**

25         **that people, you know, city staff and other buildings**



Aileen Dickson
12/16/2025                                          Page 16

1         would have every time there was an election, such as, you

2         know, are people allowed to campaign outside the

3         buildings?  Are they allowed to be inside the buildings

4         and campaign?  You know, we had a policy, an ad memo on

5         file before that didn't quite answer all the questions

6         that kept coming up.

7                   So, I took it upon myself to rewrite this ad

8         memo.  So that trying to answer those questions before,

9         you know, 2024 really got started.  And then, I tried to

10        think of all the different questions or issues that had

11        come up, especially in 2020, and tried to put into the

12        document the answers that people would need, city staff

13        would need, and then, be able to say, you know, before

14        every election, I would send out an email that said, you

15        know, this is a reminder of the type of political activity

16        that is and is not allowed, and then be able to point to

17        this ad memo so that they could look at it on their own.

18        Because a lot of times issues would come up like on, you

19        know, a Saturday afternoon, when City Hall was closed and

20        they wouldn't be able to get the answers of what they had

21        to allow people to do.

22                   And so, I tried to create this so that or tried

23        to draft this so that they wouldn't have to have those

24        questions and not know the answers.

25   Q    Is it a fair statement that one of the issues of the 2023

