UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| EDWARD ROSS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF TROY, et al.,<br><br>    Defendants. | Case No. 24-cv-11766<br><br>Honorable Robert J. White |

**STIPULATED ORDER DISMISSING DEFENDANTS MILLER AND BRUNER WITH PREJUDICE**

This matter having come before the court via stipulation of the parties and the Court having read that stipulation, the Court dismisses Defendants Mark Miller and Robert Bruner, only, from this matter with prejudice. This is not a final order, nor does it resolve the last remaining claims in this case.

    SO ORDERED.

Dated: March 10, 2026

s/Robert J. White
Robert J. White
United States District Judge

**STIPULATED TO:**

The parties, by and through their respective counsel, hereby agree that Defendants, Mark Miller and Robert Bruner, only, are dismissed from this action with prejudice.

| | |
|---|---|
| */s/ Nanette L. Cortese (w/ permission)* | */s/ Michael T. Berger* |
| Attorney for Plaintiff | Attorney for Defendants |

Dated:  March 6, 2026